UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC E. DORSEY,<br>Plaintiff,<br>v.<br>DALY CITY POLICE OFFICERS,<br>Defendants. | Case No. 19-04547 BLF (PR)<br>**ORDER OF DISMISSAL** |

On August 5, 2019, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed *in forma pauperis* ("IFP"). (Docket Nos. 1, 2.) On the same day, the Clerk notified Plaintiff that his IFP application was insufficient because he did not submit a Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) Plaintiff was advised that failure to respond within twenty-eight days of the notice would result in the action being dismissed without prejudice. (*Id*.)

The matter was reassigned to this Court on November 5, 2019. (Docket No. 5.) The deadline for responding to the Clerk's notice has passed, and Plaintiff has failed to comply or have any other communication with the Court. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions, (Docket Nos. 2), and close the file.

**IT IS SO ORDERED.**

Dated: _November 20, 2019_

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.19\04547Dorsey_dis-ifp

2