UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC E. DORSEY, <br> Plaintiff, <br> v. <br> DALY CITY POLICE OFFICERS, <br> Defendants. | Case No. 19-04547 BLF (PR) <br> **JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _November 20, 2019_

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.19\04547Dorsey_jud